IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT
STATE OF MISSOURI

| | |
|---|---|
| TIMOTHY D. PERSON, SR.         ) | |
| )| |
| Plaintiff,         ) | |
| )| Cause No. 4:10cv0024TCM |
| vs.         ) | |
| )| |
| WHITE CASTLE MANAGEMENT CO.    ) | |
| Serve Registered Agent:        ) | |

## PLAINTIFF'S STIPULATION OF FACTS

COMES now Plaintiff Timothy D. Person, and hereby stipulates to the following facts.

1. On February 29, 2008 at approximately 10:45 a.m. Tim Person, Sr. visited the White Castle Restaurant located at 1441 North Kingshighway in the City of St. Louis, Missouri 63113

2. Plaintiff went through the drive through window at Defendant's restaurant and ordered two cups of coffee which he was served by Latonia Bell.

3. The contents of the cup of coffee spilled onto Plaintiff's lap which he reported to Manager Linder Griham.

                                                   Respectfully submitted,

                                                   **BOSLEY AND ASSOCIATES, L.L.C.**

By: _____
                                             Freeman R. Bosley, Jr. 29341MO
                                             Daniel R. Brown 59749MO
                                             611 N. 10th St., Ste. 300
                                             St. Louis, MO 63101
                                             (314) 621-1744 – Telephone
                                             (314) 621-1752 – Facsimile

Email:  bosleyllc@sbcglobal.net
**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2011 the foregoing was filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Kenneth M. Lander
Attorney for  Defendant White Castle Management Co.

By:  *s/ Freeman R. Bosley*