UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

MINUTES OF CIVIL JURY/NON JURY TRIAL

**Presiding Judicial Official** Mummert, III **Date** 4-19-20 **Case No.** 4:10CV24TCM

Timothy Person, Sr. vs. White Castle Systems, Inc.

Parties present for ☒ JURY TRIAL ☐ NON JURY TRIAL  Day Two

Court Reporter T. Hopwood  Deputy Clerk M Berg / B. Porter

Attorney(s) for Plaintiff(s) Daniel Brown

Attorney(s) for Defendant(s) Kenneth Lander

☐ Jury impaneled and sworn.   ☐ Opening Statement(s) of ☐ Plaintiff(s) ☐ Defendant(s) made.

☒ Plaintiff(s) evidence ☐ commenced ☒ resumed ☒ and ☐ but not ☒ concluded.

☐ Defendant(s) evidence ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Plaintiff(s) evidence in rebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Defendant(s) evidence in surrebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☒ Oral ☒ Written Motion for Judgment as a Matter of Law at close of ☐ pltf's case ☒ deft's case

☒ filed ☐ made/argued by ☐ pltf(s) ☐ deft(s) ☐ _____ and is

☐ Overruled/Denied ☐ Sustained ☐ Court's ruling reserved ☐ taken under submission ☐ taken with the case.

☒ Closing Arguments of counsel made.   ☐ Case taken under advisement.

☐ (Simultaneous) briefs due _____.   ☐ Case is settled.  Dismissal papers due_____.

☒ Jury charged and retires to consider its verdict(s) at 10:23 (am)/pm  ☒ Verdict(s) returned at 10:55 (am)/pm

☐ Jury having been given a special verdict in the form of written interrogatories for finding of fact,
   retires to consider its verdict(s) at ____ am/pm   ☐ Verdict(s) returned at ____ am/pm

☐ Jury unable to agree upon its verdict(s) by ___am/pm is excused to resume deliberations ____ at ___ am/pm

☐ The Court declares a MISTRIAL.   ☐ Trial is reset_____.

☐ On motion of ☐ plaintiff ☐ defendant ☐ Court the jury is polled.

☐ Proceedings to continue___at__am/pm

☒ Judgment is entered accordingly this date.  ☐ Depositions ☒ Exhibits retained by ☐ Court ☒ Counsel.

Court and counsel discussed jury instruction

**PROCEEDINGS COMMENCED:** 8:30-10:23   **CONCLUDED:** 10:55-11:00

Jury deliberations were from 10:23-10:55