# United States District Court

EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

TIMOTHY D. PERSON, SR.

       Plaintiff,

          v.                    CASE NUMBER:       4:10CV24 TCM

WHITE CASTLE SYSTEMS, INC.

       Defendant.

:      **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

9      **Directed Verdict.**  This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

9      **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

     **IT IS HEREBY ORDERED AND ADJUDGED** that plaintiff, Timothy D. Person, Sr., recover nothing, the

action be dismissed on the merits, and the defendant, White Castle Systems, Inc.., recover costs from the plaintiff, Timothy

D. Person, Sr.

                             James G. Woodward _____
                             CLERK

April 19, 2011
DATE

                   By:    /s/ Melanie Berg _____
                           DEPUTY CLERK