AO 133 (Rev. 9/89) Bill of Costs

# United States District Court

### EASTERN DISTRICT OF MISSOURI

Timothy D. Person, Sr. v. White Castle System, Inc.

BILL OF COSTS

Case Number: 4:10 CV 0024 TCM

Judgment having been entered in the above entitled action on 4-19-11 against Plaintiff,
the Clerk is requested to tax the following as costs:

Fees of the Clerk _____ _____

Fees for service of summons and subpoena (if service by U.S. Marshal) _____ _____

Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ____ _____

Fees and disbursements for printing _____ _____

Fees for witnesses (itemize on reverse side) _____ _____

Fees for exemplification and copies of papers necessarily obtained for use in the case ____ _____

Docket fees under 28 U.S.C. 1923 _____ _____

Costs as shown on Mandate of Court of Appeals _____ _____

Compensation of court-appointed experts _____ _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ____ _____

Other costs (please itemize) Court reporting fees for depositions from    $483.40
Midwest Litigation Services - deposition of plaintiff $313.65
and witness Grigham $169.75 for total $483.40.   TOTAL   $483.40
See attached.

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Mr. Daniel Brown, Bosley & Associates, L.L.C., 611 N. 10th, Suite 300 St. Louis, MO 63101, Attorney for Plaintiff

Signature of Attorney: Kenneth M. Lander #30296 MO

Name of Attorney: Kenneth M. Lander

For: Defendant White Castle System, Inc.    Date: 5-12-11

Name of Claiming Party

Costs are taxed in the amount of $483.40 and included in the judgement.

James G. Woodward   By: Melanie C Berg   6/10/11
Clerk of Court            Deputy Clerk          Date